IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL REYES and | : | CIVIL ACTION |
| GERALD LEONARDI | : | |
| v. | : | |
| TERMAC CORP. and | : | |
| LEO STESLOW | : | NO. 11-5124 |

**O R D E R**

AND NOW, this 15th day of August, 2012, upon consideration of Defendants' Motion for Summary Judgment (Doc. 12), the response, reply, argument, and post-argument briefing, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART.  To the extent Count III of the Amended Complaint relies on a violation of the Clean Streams Act or internal complaints regarding same, the Motion is GRANTED.  To the extent Count III relies on Mr. Reyes' request for MSDS pursuant to Pennsylvania's Worker and Community Right-to-Know Act, the Motion is DENIED.

IT IS FURTHER ORDERED that the Motion to Dismiss (C.A. 12-1135 Doc. 7) is DISMISSED as moot in light of this ruling.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE